No. 77–6940. McKenzie v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–6941. Johnson v. Johnson et al. C. A. 6th Cir. Certiorari denied.

No. 77–6942. Porter v. City of Chicago et al. C. A. 7th Cir. Certiorari denied.

No. 77–6943. Fulwiley v. Califano, Secretary of Health, Education and Welfare. C. A. 5th Cir. Certiorari denied.

No. 77–6944. Holmes v. Califano, Secretary of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 77–6945. Rogers v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–6947. Alden v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–6948. Turnage v. North Carolina. Ct. App. N. C. Certiorari denied.

No. 77–6950. Harris et al. v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6951. Contreras-Diaz v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–6954. Pizanie v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–6955. Perry v. United States. C. A. 8th Cir. Certiorari denied.

No. 77–6957. Esquivel v. United States. C. A. 9th Cir. Certiorari denied.